IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
June 3, 2008

Charles R. Fulbruge III
Clerk

No. 07-60685

CGLM INC

                    Petitioner - Cross-Respondent

        v.

NATIONAL LABOR RELATIONS BOARD
                    Respondent - Cross-Petitioner

Petition for Review and Cross Petition for Enforcement
of an Order of the National Labor Relations Board
(15-CA-17889)

Before KING, HIGGINBOTHAM, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

        The petitioner's Petition for Review is DENIED.  The order of the
National Labor Relations Board is ENFORCED.   See 5th Cir. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.